1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSE URISTA,                              Case No. 22-cv-00227-SI

                 Plaintiff,
8
                                               **ORDER OF RECUSAL**
9          v.
                                               Re: Dkt. No. 62
10   WELLS FARGO & COMPANY, et al.,

11               Defendants.

12

13         TO ALL PARTIES AND COUNSEL OF RECORD:

14         I, the undersigned judge of the court, finding myself disqualified in the above-entitled action,

15   hereby recuse myself from this case and request that the case be reassigned pursuant to the

16   Assignment Plan.

17         All pending dates of motions, pretrial conferences and trial are hereby vacated and will be

18   reset by the newly assigned judge.

19         **IT IS SO ORDERED.**

20   Dated: February 7, 2022

21                                             _____

22                                             SUSAN ILLSTON
                                               United States District Judge
23

24

25

26

27

28

United States District Court
Northern District of California